## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATCHITOCHES PARISH HOSPITAL SERVICE DISTRICT AND JM SMITH CORPORATION d/b/a SMITH DRUG COMPANY on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>TYCO INTERNATIONAL, LTD.; TYCO INTERNATIONAL (U.S.), INC.; TYCO HEALTHCARE GROUP, LP; THE KENDALL HEALTHCARE PRODUCTS COMPANY,<br><br>        Defendants. | **Pending in the United States District Court for the District of Massachusetts**<br><br>CIVIL ACTION NO. 05-12024<br><br>**Miscellaneous Case No. 07-MISC-100** |

## **ORDER**

Based on the parties' Stipulation and the affidavits and other materials filed in conjunction with the pending discovery motions, IT IS ORDERED:

1. Bemis Manufacturing Company shall produce the documents and information described in the attached Stipulation.

2. Pursuant to Rules 26(c) and 45(c), F.R. Civ. P., and Local Rule 26.4, the Court finds that there is good cause for entry of a Protective Order to protect Bemis's confidential business information to be produced subject to this Order. As described in the Affidavit of Susan Leonard and other materials provided to the Court, this information reflects Bemis's costs, prices, terms and customer names. The parties to the action include Bemis's primary competitor in the sharps container business.

3. Accordingly, Bemis documents and information relating to its costs, prices, terms or customers created since January 1, 2002, may be disclosed in the Massachusetts action only to the Court, outside counsel for the parties, independent experts retained by them and their staffs. Persons receiving the Bemis documents or information may use the information solely for the purpose of preparing for and conducting litigation. Persons receiving Bemis documents or information subject to this Order must be given a copy of this Order and agree to be bound by its terms. Bemis's confidential documents or information, or information derived therefrom, shall be presented to the Court or in discovery proceedings under seal. At the conclusion of litigation, all such material, other than material made part of the Court record, shall be returned to Bemis. Any compilations or analysis based in part on information or data provided by Bemis pursuant to this Order which does not disclose specific Bemis information or data is not subject to this paragraph.

Dated this 7th day of December, 2007.

BY THE COURT

s/ Rudolph T. Randa
Hon. Rudolph Randa
Chief United States District Judge